IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAL THONG,<br><br>    Defendants. | **4:23CR3028**<br><br>**ORDER** |

  After conferring with counsel,

  IT IS ORDERED:

1)  Defendant Thong's motion to continue the status conference held today, (Filing No. 63), is denied as moot.

2)  A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:30 a.m. on December 7, 2023 to discuss setting any change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3)  The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and December 7, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

  October 24, 2023.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge