IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br>vs.<br><br>LATJOR GONY, JAL THONG<br><br>                Defendant. | **4:23CR3028**<br><br><br>**ORDER** |

A telephone status conference was held on May 15, 2024. During the telephone conference, defense counsel notified the court that Defendant is working to finalize information to confirm they are moving toward a trial rather than a plea. This case is complex, requiring the investigation of many documents. Defense counsel moved to continue the status conference. The government did not object. Based on the comments of counsel, the court finds good cause has been shown and the oral motion to continue should be granted. Accordingly,

    IT IS ORDERED:

1) A hearing with counsel and defendants will be held before the undersigned magistrate judge at 1:30 p.m. on May 21, 2024 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for all parties shall use the Zoom hearing instructions provided by the court to participate in the call.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, this is, the time between May 15, 2024 and May 21, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 16th day of May, 2024.

BY THE COURT:

s/Jacqueline M. DeLuca
United States Magistrate Judge